[No. 2554–2. Division Two. March 16, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
FORTUNATO, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 67370, John H. Kirkwood, J., entered
September 17, 1976. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Pearson, C.J., and Soule, J.

[No. 4962–1. Division One. March 20, 1978.]

HENRY R. STAMPF III, *Respondent,* v. EDWARD D.
LOHOFF, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 132451, Phillip G. Sheridan, J.,
entered July 28, 1976. *Affirmed* by unpublished per curiam
opinion.

[No. 5069–1. Division One. March 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CECER
LEE BRADLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 76720, Francis E. Holman, J., entered Septem-
ber 10, 1976. *Reversed* by unpublished opinion per
Williams, J., concurred in by Andersen and Dore, JJ.